CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
January 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**RANDY LEE LASSITER, JR.,**
    **Plaintiff,**

**v.**

**CORRECTIONAL OFFICER A. HARRIS, et al.,**
    **Defendant(s).**

Civil Action No. 7:24cv00701

<u>**MEMORANDUM OPINION**</u>

By:  Robert S. Ballou
United States District Judge

    Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered October 15, 2024, the court directed plaintiff to submit within 30 days from the date of the order a statement of assets and a prisoner trust account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. On November 20, 2024, the court entered an order granting plaintiff's motion for extension of time (ECF No. 8) to submit the prisoner trust account report and statements of assets by December 18, 2024. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    Plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b). Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Enter: January 17, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge