Rev. 6/2025 Prisoner Complaint

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
AUG 2 4 2026
LAURA A. AUSTIN, CLERK
BY: m. Poff
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia
## Roanoke Division

SECOND AMENDED COMPLAINT

**(Form for *Pro Se* Prisoners)**

**Civil Action No.** 7:24-cv-00701
**District Judge** BALLOU
**Magistrate Judge** SARGENT
(To be filled out by Clerk's Office only)

RANDY LEE LASSITER JR, #1490582

*(In the space above, enter your full name and inmate number. You will be referred to as the plaintiff.)*

-against-

A. HARRIS
WALLENS RIDGE STATE PRISON

**Jury Demand**
☑ Yes
☐ No

*(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. JURISDICTIONAL BASIS FOR COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for* pro se *prisoners challenging the constitutionality of their treatment or the conditions of their confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). It may also be used for the filing of a Federal Tort Claims Act (FTCA) claim against the United States if you are claiming personal injury, property loss, or other damage caused by a federal agency or federal employee.*

☑ Action under 42 U.S.C. § 1983 (defendants are agents or employees of a state, county, or municipality)

☐ Action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (defendants are federal agents or employees)

☐ Action under Federal Tort Claims Act (The United States is the proper defendant, and the plaintiff must have presented his or her claim in writing to the appropriate federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b) prior to filing a case in this court)

☐ Other (specify the basis)

______________________________

## II. PLAINTIFF INFORMATION

RANDY LEE LASSITER JR. #1490582
Name

#1490582
Inmate #

RED ONION STATE PRISON
Current Place of Detention

P.O. BOX 970
Institutional Address

POUND | VA | 24279
City | State | Zip Code

## III. PLAINTIFF STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee: ☑ State or ☐ Federal

- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Not in custody
- ☐ Other: N/A

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:

A.HARRIS
Name

CORRECTIONAL OFFICER
Current Job Title

P.O. BOX 759
Current Work Address

BIG STONE GAP | VA | 24219
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:

PILL CALL NURSE S.SMITH (9/13/24)
Name

RN/CNA
Current Job Title

P.O. BOX 759
Current Work Address

BIG STONE GAP | VA | 24219
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 3:

Lt. Coleman

Name

LIEUTENANT

Current Job Title WRSP

P.O. BOX 759

Current Work Address

BIG STONE GAP VA 24219

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4:

SGT. BRAY

Name

SERGEANT

Current Job Title WRSP

P.O. BOX 759

Current Work Address

BIG STONE GAP VA 24219

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**V. STATEMENT OF CLAIM(S) (If you are making multiple claims, please number them.)**

Place(s) of occurrence:

WALLENS RIDGE STATE PRISON

Date(s) of occurrence: [9/13/24 - 9/14/24 A. HARRIS etc. defendants] 9/11/24, 8/24/24; 10/22/24, 8/2/24, 9/16/24, [July 2024] Etc... 10/2/24, 9/10/24, 10/12/23, 9/19/23, 10/11/23, 10/10/23, 10/1/24 Etc...

EACH Defendant is being Sued in Both Individual & official Capacities & ARE All at Wallens Ridge State prison P.O. Box 759 Big Stone Gap, VA 24219

5. Sgt. Blevins (b) Sergent
Name

6. Sgt. Doggs (b) Sergeant

7. Pill Call Nurse (9/13/24) (b) Nurse

8. Pill call Nurse (9/11/24) (b) Nurse

9. Pill call Nurse (8/27/24) (b) Nurse

10. Floor officers (8/27/24 - 9/13/24) (b) correctional officers

11. Pozeg (b) CHIEF OF HOUSING

12. Jeffery Artrip (b) Warden

13 MAJOR T. HALL (b) Chief of Security

14. James Blevins (b) Assistant warden

15, melanie B. Salyer (b) Institutional Attorney

16. Dentist (b) Dentist

17. Dental Assistants (b) Dental Assistants

18. Doctor cline (b) Eye Doctor

Each defendants are being Sued in Both Individual & official capacities & are at Same address W.R.S.P P.O. Box 759 Big Stone Gap, VA 24219

19. Nurse Davis (b) Nurse

20. Zeruth (b) officer

21. Lambert (b) officer

22. Witt (b) officer

23. Taylor (b) officer

24. Sgt. Sexton (b) Sergeant

25. Sgt. Mccraw (b) Sergeant

24. Lt. Pauly (b) Lieutenant

25. Cpt. Mccraw (b) captain

26. Lt. Ferguson (b) Lieutenant

27. Assessment Nurse (10/11/23) (10/12/23) (b) Nurse

28. unit manager Gibson (10/10/23) (b) unit manager

29. unit manager Caughran (July of 2024) (b) unit manager

30. Pill call Nurse 10/1/24 (b) Nurse

Case 7:24-cv-00701-RSB-PMS Document 27 Filed 11/25/25 Page 7 of 19 Pageid#: 104

Each Defendants are being Sued in Both Individual & official capacities & are at Same address wallens Ridge State prison P.O. Box [illegible] P.O. Box 24219

31. DR. mullins (b) Doctor

32. DR. HappySmith (b) Doctor

33. DR. MCDUFFY (b) PHD

34. Flanary (b) Mental Health

35. LITE (b) mental Health

36 COPE (b) Mental Health

37. Summers (b) Mental Health

38. Lt. Nunley (b) Lieutenant

39. Davis (b) Correctional officer

40. CHADWICK DOTSON (b) VA DOC DIRECTOR

Case 7:24-cv-00701-RSB-PMS Document 27 Filed 11/25/25 Page 8 of 19
Pageid#: 105

I'm Suing Each Defendant for Emotional Distress, Mental Anguish, pain & Suffering, Embarrassment, Humiliation, Racial Discrimination

State which of your federal constitutional or federal statutory rights have been violated:
1st, 4th, 8th, & 5th & 14th Amendments to Due Process – EQUAL PROTECTION OF 14th AMENDMENTS

*State briefly the FACTS that support your case below (you may attach additional pages if required), including an account of what happened to you in the order the events occurred. Do not include statutes or case citations. Your account should typically include the following types of information:*

*When and where did these events occur?*

*What happened to you and under what circumstances?*

*What action did each defendant take or fail to take that violated your rights?*

*Did you suffer specific injuries? How?*

(CLAIM 1) *Did you require medical care for these injuries? Be specific.*

on September 13, 2024 in my cell D-417 my tray slot fall down after Nurse S.Smith served me my medication to me & on max pro footage officer A.Harris JUST comes out of no where and uses Excessive Force on me violating my 4th and 8th Amendments & ACA Standards when he O.C maced me 5-6 times administer-burst soaking my whole body in less than 2 minutes violating D.O.C policy because he had no reason to use O.C mace chemical agents on me, because we never talk about anything & I had a PREA investigation on him so he was not suppose to be around me which means he had an evil motive with intent to harm me with a capable state of mind when I have severe Asthma & Bronchitus & this is Retaliation violating my 1st Amendment for this and previous lawsuits pending on this prison & VADOC. I went to medical & let the Nurse know I was having shortness of breath & trouble breathing & chest pains on Body cam & I wasn't properly decontaminated because I told them my penis & whole body was still burning & the assessment nurse was grossly negligent & deliberate indifference to my health & safety because she didn't even give me my inhalers violating 8th Amendment. That same day Sgt. Bray, Sgt. Blevins, & Floor officers on Body cam put me in Ambulatory Restraints really tight on hands & ankles for longer than 8 hours violating D.O.C policy for a whole day in a half until 9/14/24 violating ACA Standards & my ~~8th~~ 8th Amendment to cruel & unusual punishment, unnecessary & unwanted infliction of pain O.P 841.4 - R.H.U segregation, shall not be used as punishment they illegally searched & seized me violating 4th Amendment when they stripped me out my clothes on Body cam & max pro footage & took my mattress out of my cell & took my mattress out of my cell which was very dirty & filthy urine & feces everywhere with flies & bugs, which I was freezing cold & use the bathroom on myself, I had to sleep on steel & couldn't use bathroom properly because I couldn't use hands & I couldn't offer Salat & pray for my religion Sunni Muslim which is my 1st Amendment & this was also Retaliation [– September 14 2024]

[CONTINUED ~~[illegible]~~]

[CLAIM 2] DR. MULLIN | DR. HARRY SMITH and PILL CALL NURSE WAS GROSSLY Negligent and deliberant - Malpractice violating Amendment 8th to cruel and unusual punishment and Retaliation 1st AMENDMENT by Refusing MEDICAL Treatment and not calling me over to medical when Body was in severe Chronic pain legs, Feet, Ankles Hands were swollen to unnecessary unwanted infliction of pain deny o.p 720.1 Access to Health Services, o.p 135.1 | 135.2 Standards of Conduct, & o.p 841.4 RHU shall not be used as punishment

[CLAIM 3] 1st Amendment is being violated because of Retaliation by medical Department I told the pill call Nurse the last (2) days back october (1), 2024 I'd been drinking water from the sink and not feeling GOOD because the water was contaminated and coming out Brown and I needed to Go to medical and Max Pro Footage Showed they just start giving out BAGS of water afterwards when Major T. HALL put out a memo about water and mechanical Emergency with it

[CLAIM 4] I'M BEING RETALIATED VIOLATING 1st AMENDMENT because I've been denied Access to the courts 1st Amendment [Privileged & Confidential Attorney-Client Communication LEGAL MAIL] violating 6th Amendment to Ineffective Assistance of Counsel by the Law Library & Institutional Attorney - Melanie B. Salyer violating my 1st Amendment and Due Process 5th and 14th Amendments & Equal protections of 14th Amendment because I submitted for Legal material over and over and the Law Library took long periods of time sending me Legal material or didn't send it at all & I've been to Wallens Ridge State Prison twice out of that time 84 months second time to which she didn't send me anything or Legal material or visit me when she came in D4 pod & I saw her or letters to which she personally affected by Judicial-Litigation process which Injured my 28 U.S.C 2254 Habeas Corpus, Motion to vacate post conviction matters, VA TORT CLAIMS ACT and 42 USC § 1983 Lawsuits, the Law Law Library clerk claims I requested to see her 8/2/24, 9/16/24, & 10/2/24 my second time back at Wallens Ridge but 1st time I requested to see her every month which was a obstruction of Justice to not investigate case VIOLATING AMERICAN BAR ASSOCIATION / VA STATE BAR RULES AND GUIDELINES MALPRACTICE [* MASSEY v. PRINCE, 907 F. SUPP. 138 (D. Md. 1995)] Smith v. Lewis, 13 Cal 3d 349, 530 P.2d 589 118 (1975) [ABA STANDARDS]

## VI. ADMINISTRATIVE EXHAUSTION

***WARNING:*** *Prisoners must exhaust all available administrative procedures **before** filing an action in federal court about treatment in prison or prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not: N/A

Is the grievance process complete (meaning all levels and appeals are concluded)? ☑Yes ☐No
If no, explain why not: N/A

*WARNING: Prior to filing a Federal Tort Claims Act case in this court, you must have presented your claim in writing to the appropriate federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b).*

If this is a Federal Tort Claims Act case:

Have you presented your claim in writing to the appropriate federal agency? ☐Yes ☐No

If yes, when and to whom? N/A

If no, why not? N/A

Have you received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b)?

☐Yes ☐No

If yes, when? N/A

[CLAIM #1] CAPTAIN MCCRAY LT. WATCH COMMANDER LT. COLEMAN that same night Retaliated against me making me stay in ambulatory Restraints Freezing because he was mad he couldn't get me killed on C-building For Mob Assault by GANG Members which is why he kicked me out of the building For my LASSITER v. BLEVINS 7:23CV650 RECORD NO. 25-6464 | 26-6757 LAWSUIT because I Filed Grievance and Exhausted Administrative Remedies Against him and LT. NUNLEY WATCH COMMANDER HELD ME IN ambulatory Restraints 3:00 pm the Next day until 2:30pm out of Retaliation From an Incident we had in the past which they were Gross Negligent and deliberate Indifference to my Health and safety violating 8th Amendment

[CLAIM #5] MENTAL HEALTH DR. MCDUFFY-PHD was GROSS Negligence-MALPRACTICE and Deliberate Indifference to my Health and Safety with the rest of mental Health Staff Bailey, Lite, Cope, Summers, Flanary by not coming to check on my mental Health after 9/13/24-9/14/24 incident out of Retaliation knowing I was going thru Trauma, INTENTIONAL INFLICTION Emotional Distress, PTSD, PAIN & SUFFERING, MENTAL ANGUISH which gave me Night mares etc. violating 8th Amendment to cruel & unusual punishment & 1st Amendment to Retaliation and Equal protection of 14th Amendment to mental Health services

[CLAIM #6] The Warden Jeffrey Artrip VADOC CHADWICK DOTSON - WISE COUNTY is LIABLE For their Staff members administration, officers, and medical dental, mental Health department For Failure to properly train For each of these encounters & Incidents along with Major T Hall-Chief of Security and James Blevins Assistant warden who I Forewarned about each of the matters to be resolved before and After the Retaliation, being denied medical treatment, the torture-Abuse, oppression, Racial Discrimination, Antagonizing and arousing IN SOLITARY CONFINEMENT Ritu trying to provoke me leaving me with no resources or privileges due to Litigation process No phone, video visits JPAY kiosk-email Family TV, Commissary-Food, Shower-Recreation this violates 1st Amendment and 8th Amendment to cruel and unusual punishment Equal protection and Due process of 14th Amendment, Access to courts-outside world Freedom of Speech, Association, Expression 1st Amendment Amendment O.P 135.1 | 135.2 Standards of Conduct verbal Abuse | MENTAL ABUSE VA DOC POLICY O.P 720.1 ACCESS TO HEALTH SERVICES

[CONTINUED ➔]

[CLAIM #6] o.p 841.4 RHU SHALL NOT be used as punishment and Grooming and Hygiene policy, I had to Go thru From Excessive Force, Failure to protect me which he is responsible For them and WISE COUNTY VADOC DIRECTOR CHAPNILK DOTSON For Municipality Actions of Wallens Ridge Prison

[CLAIM #7] They Retaliated against me Leaving me in that same cell [D412] that same day 9/13/24 For over a month & a half asking For Cleaning supplies to clean my cell out and my toilet was stopped up with urine Feces Flooding over setting on Floors and walls while I was asking over and over For snake to Fix toilet or maintenance order which never happen and the 1st time I was their in October 20, 2023 told both unit managers my cells need to be cleaned I was Sent Sent to Restorative Housing unit segregation in cell [D-102] and had cell the time with no Sponge Brillow pads or cleaning materials supplies to sanitize my cell because it was a Mental Health cell & when I First Came there it was not clean & had urine & Feces all over cell which cruel and unusual punishment violating 1st Amendment, 8th Amendment, and Equal protection of 14th Amendment to Sanitation

[CLAIM #8] SINCE I EXHAUSTED ADMINISTRATIVE REMEDIES ON ALL THE 9/13/24-9/14/24 Incident on October 22, 2024, I was put in For a Retaliation transfer to RED ONION STATE PRISON by CHIEF OF HOUSING-PROGRAMS: POREG because I was refusing General Population For FEAR OF my LIFE OF WESTERN REGION OF VADOC & because of Litigation Process & For Filing numerous Grievances about each Incident & everything I was going thru there because of Lassiter v. Blevins No. 7:23CV650 which was why I wasn't suppose to be because I Feared For my Life because of Inmates GANG MEMBERS ASSAULTING & Attacking me multiple times & which they Failed to protect me & Did nothing & which I asked to Go back to Eastern Region OF VADOC but he told me "no you can go back to RED ONION STATE PRISON" Put me in For a Level(S) Transfer to go on Long Term Segregation which I was on with no status to order Food-Commissary or don't have my TVS or rest of my property and couldn't use phone until 2030 From phone Restriction signs on Door & max out Release Date 12/06/2027, which I'm just now getting in Security Level(6) Re-Entry no In POD Recreation still not getting G.E.D or State JOB to Finish rest of incarceration because I'm not suppose to be here either because he put me in For Retaliation transfer 1st time November 15, 2023 but I refused the yard For (4) months after being in R.H.U Segregation (7) Months altogether and correctional officer Brutality here there 1st time along with now

[CLAIM #8] and they transferred me to Sussex 1 State prison because of all the retaliation & excessive force assaults here during those (4) months just like I'm going thru almost 2 years (23 months) I been back here [10/22/24], they didn't want me to go back to Eastern Region of VADOC but refusing general population again and that was how they could force me to stay in long term level(s) RHU solitary confinement segregation CHALLENGE-STEPDOWN PROGRAM 830.A with little to no resources on annex-mental health precautions no property

## VII. RELIEF

RANDY LEE LASSITER JR #1490582 PRAYS THE HONORABLE COURT SHALL GRANT AND AWARD $$$$$

*State briefly what you want the court to do for you, such as "award monetary damages." Do not make legal arguments or cite cases or statutes. In a civil rights action, the court cannot change a sentence, order a release from custody, or restore good time. A petition for a writ of habeas corpus should be filed if that relief is desired.*

I Would like $10,000,000- TEN MILLION DOLLARS IN MONETARY-COMPENSATORY, PUNITIVE, & NOMINAL DAMAGES $$$$$$$ DECLARATORY-INJUNCTIVE RELIEF FOR IMMEDIATE TO EASTERN REGION OF VADOC-RESTRAINING ORDER AGAINST WESTERN REGION- NOT TO EVER COME BACK OR IT [BREACHS CONTRACT] NOT TO EVER GO BACK ON LONG TERM SEGREGATION LEVELS, RESTORE ALL PRIVILEGES INCLUDING PHONE ACCESS TO FAMILY, VIDEO VISITS, COURTS ADVOCATES, & OUTSIDE WORLD. A JOB - G.E.D WITH SPECIAL ASSIGNMENTS, keep GETTING PHYSICAL THERAPY-SURGERY-CT-SCAN ON HEAD / NECK, BACK, CHEST, KNEES [HANDS-CHECK LUNGS FOR CHRONIC COUGH] ADA ACCOMMODATION P 801.3, 801.7 & 720.3 3 NULLS PROSTHESES MEDICAL SHOES HAND (9) BRACE-ACE BAND

## VIII. PLAINTIFF'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without the prepayment of filing costs if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in any federal court while a prisoner?

☑Yes ☐No

If yes, have you filed another lawsuit dealing with the same facts involved in this action?

☐Yes ☐No

If yes to the previous question, please provide the name and docket number, the court in which the case was filed, and the current status of the case.

[CASE NO] US SUPCT NO. 26-5078

RANDY LEE LASSITER JR V. CHADWICK DOTSON - 2:23CV349 | 2:23CV368; RECORD NO. 24-7132

RANDY LEE LASSITER JR. V. MJ DIXON CASE NO. 2:22CV523 [SETTLEMENT CASE CLOSED]

RANDY LEE LASSITER JR V. SGT. LOONEY CASE NO. 7:24CV851 - WESTERN DISTRICT OF VA ROANOKE DIVISION

RANDY LEE LASSITER JR V. BLEVINS, CASE NO. 7:23CV650, RECORD NO. 25-6464 | 26-6757

RANDY LEE LASSITER JR V. WHAPHAM, CASE NO. 2:25CV93 PENDING [EASTERN DISTRICT OF VA NORFOLK DIVISION]

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office <u>in writing</u> with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

8/17/26
Dated

[signature]
Plaintiff's Signature   UCC 1-308 without prejudice reserve All Rights

RANDY LEE LASSITER JR.
Printed Name

# 1490582
Inmate # (if applicable)

R.O.S.P
P.O. Box 970 | POUND, | VA | 24279
Prison Address | City | State | Zip Code

Mailing Address – if not in custody | City | State | Zip Code

RANDY LEE LASSITER #1490582
RED ONION STATE PRISON
P.O. BOX 970
POUND, VA 24279

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 24279 $ 001.69°
02 7W
0008039583 AUG 18 2026

FOREVER USA PURPLE HEART
FOREVER USA PURPLE HEART

D4

DHIS RECEIVED

AUG 2 4 2026

USDC Clerk's Office
Mail Room

1.50

United States District Court
Western District OF VA
210 Franklin Rd. Suite # 540
Roanoke, VA 24011

RECEIVED DATE
AUG 18 2026
MAILROOM

VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED OR INSPECTED ITEM THEREFORE, THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

24011$2208 C008