IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
January 27, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

RANDY LEE LASSITER JR. #1490582

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
AUG 3 1 2026
LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

v. CASE NO. 7:24CV[redacted]701

[redacted]
A. HARRIS

ORDER TO SHOW CAUSE FOR A
PRELIMINARY INJUNCTION AND A
TEMPORARY RESTRAINING ORDER

COMES NOW, Randy Lee Lassiter Jr., Pro-Per, upon the complaint, the supporting affidavits of plaintiff, and the memorandum of the law submitted herewith, it is:

1. This court has supplemental jurisdiction over State and Federal court

2. The standard for a permanent injunction is essentially the same as the standard for a preliminary injunction, except that the moving party, instead of showing a likelihood of success on the merits must show actual success on the merits.
Amoco Prod. co v. village of Gambell, 480 U.S 531 (1987) requiring "likelihood of future unlawful conduct on the defendants part
Lopez v. Garriga, 917 F.2d 63 (1st cir 1990) R.S.E. Inc. v. Pennsy Supply, Inc, 77 F.R.D 702, 703 (M.D Pa. 1977) Federal Rules rules only require a statement of the type of Relief Requested)

3. Lassiter has pending Litigation in Wise County Circuit Court With State Law Tort Claims Lassiter v. Sgt. Looney Case No. CL25-1285 and Lassiter v Blevins, case No. CL25-1288 and as well as Notice of claims on Both Wallens Ridge and Red onion state Prison, because of this Lassiter is being Seriously denied Access to the Courts, outside world, and Association and being Retaliated violating 1st Amendment

4. Lassiter is being Denied Phone calls until 2030, Video visits, JP4 Emails on Kiosk machine JP6 Player Tablet Commissary Food, TV, Medical Treatment-ADA Accommodations For Disabilities, and physical Therapy-Surgery which is cruel and unusual punishment violating 8th Amendment and Atypical and Significant Hardship being I'm in Long Term Segregation with no Privileges to Rehabilitate me also denying Religous Services Freedom of Religon Excercise clause and Equal Protection of 14th Amendment and Right to have all property

ordered that defendants Sgt. Looney, Lt. Flemmings, officer Irving, Hale, old Warden Rick White & New David Anderson Assistant old Warden Dwayne Turner and New Amee Duncan, Doctor Fox and Etc.. show cause in Room ______ of the united States Courthouse U.S District Court 210 Franklin Rd, Suite 540 Roanoke, VA 24011 on the ____ day of 2026 at ____ o'clock Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their Successors in office, agents, and employees and all other person acting in concert and participation with and from,

[I would like a Transfer to the Eastern Region of D.O.C and an Preliminary Injunction & A Temporary Restraining order against Red Onion State Prison and Wallens Ridge State Prison and an Permanent Injunction not to come Back to the Western Region of D.O.C] because of Retaliation and Discrimination]

It is Further ordered that effective immediately and Pending the hearing determination of this order to Show cause, the defendants and each of their officers, agents, emplayers, and all persons acting in concert or participation with them, are restrained from, [I would also like Red Onion State Prison Mental Health unit to take me off Special Housing unit with no clothes on and allowing me to Freeze in the cell and Medical denying me treatment and I'm Freezing and Sick because they are Retaliating against me for no reason I never asked or stated I wanted to kill my self so I ask For all my property Back and Refunded whatever is missing.] [I would also like to be released From R.H.U A.S.A.P.

It is Further ordered that the order to Show cause, and all other papers attached to this application, be served on the aforesaid Plaintiffs by R.Y.

Judge signture: ______

Date: ______

______

United States District Judge

[ I would like to receive my video visits from my family & to call my family & Attorney & to make ESS PREA call whenever or emotional support calls & to talk to mental health whenever I need it to receive Adequate medical & dental treatment because I don't have any shoes and my feet are swollen back here in R.H.U. in Segregation when Dr Mullins ordered them for me but the medical Department won't give them to me & I would like to see eye Doctor for my eyes & I would like to be transferred as soon as possible ]