# GENERAL AFFIDAVIT

The within named person (Affiant), Randy Lee Lassiter Jr, who is a resident of Norfolk County, State of VA, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

I have pain in my Face, Severe headaches-Migrains, Blurred-Dimmed vission inflammation of my eyelids Earaches, Muscle pain and weakness, Shortness of Breath, Sinus Issues, Cough, rashes, Nausea, Excessive Thirst, Chest pains, Back pains, and Neck pains Pain and Numbness throughout the day, Jaw Hurts. Teeth in Severe Extreme pain, Bacterial Infection

Dated this 12th day of May, 2025.

Randy Lassiter
Signature of Affiant

UCC 1-308 without prejudice
Reserve All Rights

State of Virginia
County of Wise

Subscribed and sworn to, or affirmed, before me on this 12th day of May, 2025 by Affiant Randy Lassiter.

Christopher L. Cox
Signature of Notary Public

4-30-2025
My Commission Expires

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30, 2025

I certify that the above notary is not a party to this action.

Randy Lassiter
Inmate Signature

UCC 1-308 without prejudice
Reserve All Rights

EXHIBIT
1

Virginia Department of Corrections

# Grievance Receipt Report

DOC Location: ROSP Red Onion State Prison
Report generated by Whitman, M
Report run on 07/29/2026 at 02:15 PM

Grievance Number: ROSP-26-WRI-03472

Next Action Date: 8/13/2026 12:00:00 AM

| | | | |
|---|---|---|---|
| On this date: | 07/29/2026 | | I have received a statement from: |
| Lassiter, Randy L Jr. | | .82 of | Red Onion State Prison D-4-415-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| I need cough syrup to help me out with throut pain and chronic cough. Ive been having chest pains shortness of breath and chronic cough-coughing up blood when I spit. | | | |
| MW | | | |
| *(Signature)* | | | |

EXHIBIT
2

Officer Initials: ____________

# GENERAL AFFIDAVIT

The within named person (Affiant), Randy Lee Lassiter Jr, who is a resident of Norfolk County, State of VA, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge: I'm being Retaliated against here at Red Onion State Prison. I was just transferred from Wallens Ridge State Prison because of a swap out through Retaliation. I've been in Restorative Housing Unit-Segregation 90 days-3 months now and there is no more R.H.U in Virginia. You are suppose to spend no longer than 15 days and per O.P 841.4 R.H.U shall not be used as punishment but Security and Medical is being Grossly Negligent and Deliberant Indifferen[ce] Health and Safety Denying me Medical treatment which violates my Due Process of th[e] 5th and 14th Amendment and 8th Amendment to Cruel & Unusual Punishment Mental Health has taken my property and put me on a Special Housing Plan where I was Naked for 2 weeks December 13, 2023-December 26, 2023. Denying me My Right to Access the Court and My Free Exercise of Religion and b[een] denied the right to outside Rec which also violates Equal protection of the 14th Amendment

Dated this 29th day of December, 20 23.

Randy Lassiter [signature]
Signature of Affiant

==========================================================================

State of Virginia
County of Wise

Subscribed and sworn to, or affirmed, before me on this 29 day of December, 20 23 by Affiant Randy Lee Lassiter Jr.

[signature]
Signature of Notary Public

4/30/2024
My Commission Expires:

EXHIBIT 3

JACKIE EDWARDS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7867502
My Commission Expires 4/30/2024

# AFFIDAVIT

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
~~FILED~~ Rec'd
DEC 15 2023
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

RANDY LEE LASSITER JR, I'm being Retaliated against here at Red Onion State Prison. I was just transferred here From Wallens Ridge State Prison because OF a SWAP out through Retaliation. I've been in R.H.U. over 60 Days now 2 months and there is no more R.H.U in Virginia. O.P 841.4 R.H.U. Shall not be used as punishment but Security and Medical is being Grossly Negligent and Deliberant Indifferance to my Medical Treatment, which violates my Due Process of 5th & 14th Amendment & 8th Amendment to cruel & unusual Punishment. Mental health that has taken my property and put me on Special Housing Status and now I'm naked Denying me my Right to Access the Court, Practice Religous and Prayer

I certify that under penalty and perjury and I understand that I may be prosecuted if the Facts sets Forth are untrue.

[signature]

AFFIDAVIT

RANDY LEE LASSITER JR., I'm being Retaliated against here at Wallens Ridge State Prison I was transferred from Sussex 1 State Prison through a Retaliation transfer because I was denied My Due Process at my Administration Review to Attend My Hearing and Appeal it for Review. I've been in R.H.U Segregation 90 days now 3 months & there is no more R.H.U in VA O.P & R.H.U Shall not be used as punishment but Security, Mental Health, & medical is being Grossly Negligent & Deliberant Indifference to my Health and Safety denying me medical treatment not answering my Sick Calls or Emergency Grievances, Doctor not giving me what I'm Suppose to have, mental health not giving me my wellbutrin or monitoring me & Security-Offices denying me outside Rec, Showers Right to Access the outside world & Contact Family & Attorneys, State-Investigators are Denying me my Right to Access the Court by tampering with my Incoming mail & outgoing Legal mail & denying me my Right to the Law Library & Legal Assistance from the Institutional Attorney they also keep Serving Me Bean trays when I'm allergic & Serving me Pork when I'm Sunni muslim my Right to practice Religion, I'm also being denied video visits, JPay kiosk to Email & Phone & Commissary I'm being denied my Equal protection of the 14th Amendment & 1st Amendment to Retaliation

1/15/24

Dear Chadwick S Dotson,

Red onion State Prison is Retaliating against me by Stoping my Correspondence on JPAY For me to recieve incoming emails or Send out emails my message Box is gone so that I can't contact my Family and I'm in Resteritive Housing Unit over the Last 21 3 months 3 months without any Clothes besides boxers and a t-Shirt Freezing and Per O.P 841.4 R.H.U Shall not be used as punishment Which violates my 8th Amendment because I've been attacked by officers multiple times I'm not able to use the Phone and call my Family or attorneys Unit Manager Miller is

RECEIVED
JAN 2 3 2024
OFFENDER DISCIPLINE UNIT

Gregory Holloway
~~Regional Administration~~
3313 Plantation Rd NE
Roanoke, VA 24012

PLEASE HELP ME

EXHIBIT
4

VERY TRULY Hope
[illegible]

STATE OF VIRGINIA Date: 1/21/26

## AFFIDAVIT

I, Randy Lee Lassiter JR do hereby state that the following events took place, and that this affidavit is made of my own free will and under the penalty of law. I do hereby state that:

On or about, Lassiter is being denied Phone Calls until 0030, ~~videovisits~~, JPay Emails on kiosk machine, JP6 Player tablet commissary-Food, TV, medical Treatment-ADA Accommodations For Disabilities, and physical Therapy-Surgery which is cruel & unusual punishment violating 8th Amendment and Atypical and Significant Hardship being I'm in long Term Segregation with no privileges to Rehabilitate me also denying Religious Services Freedom of Religion Exercise Clause and Equal protection of 14th Amendment and Also to All proof A7

Randy Lassiter
Respectfully signed and submitted

Subscribed and sworn to before me on this 21 day of Jan. 2026 by R. Lassiter

B N Jones
Signature of Notary Public

My Commission Expires on 4/30/28

B N JONES NOTARY PUBLIC REG. #8120931 MY COMMISSION EXPIRES 4/30/2028 COMMONWEALTH OF VIRGINIA

EXHIBIT 5