FRITH ANDERSON +
PEAKE PC
ATTORNEYS AT LAW

Nathan H. Schnetzler
ATTORNEY
nschnetzler@faplawfirm.com
540.725.3371 direct

June 29, 2026

Randy Lee Lassiter, Jr.
#1490582
VDOC Centralized Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

Re: *Randy Lee Lassiter, Jr. v. Blevins, et al.*
U.S. District Court for the Western District of Va., Roanoke Division
Case No. 7:23cv650

Dear Mr. Lassiter:

This correspondence will respond to a voicemail I received from you on June 25, 2026, while I was out of the office.

This case was previously before the United States Court of Appeals for the Fourth Circuit and remanded to the District Court for the limited purpose of determining whether you were entitled to a reopening of the appeal period to appeal the District Court's order of November 19, 2024, dismissing this case.

On May 4, 2026, the District Court entered a Memorandum Opinion and accompanying Order denying your motion to reopen the time to appeal. See ECF No. 94; ECF No. 95. Subsequently, you filed a Motion for Reconsideration (ECF No. 96), a Motion for Discovery and Motion for Evidentiary Hearing (ECF No. 97), a Praecipe (ECF No. 98), and a Motion to Appoint Counsel (ECF No. 100). The District Court denied your Motion to Appoint Counsel. See ECF No. 101. You then filed another Notice of Appeal (ECF No. 103) and a Demand for Jury Trial (ECF No. 105).

Based on your filing of a Notice of Appeal, the District Court transmitted the case back to the United States Court of Appeals for the Fourth Circuit. However, because you also have a Motion for Reconsideration (ECF No. 96) still pending, the Fourth Circuit advised that it will be holding your appeal in abeyance pending a ruling on your Motion for Reconsideration. See ECF No. 106.

Very sincerely,

[signature]

Nathan H. Schnetzler

EXHIBIT
1

FAP
FRITH ANDERSON + PEAKE PC
P.O. Box 1240 | Roanoke, VA 24006-1240

GREENSBORO NC 270
30 JUN 2026 PM 1 L

General Correspondence
VADOC CMDC
Mail Direct to Institution

RECEIVED
DATE
JUL 09 2026
MAILROOM

Package Tracking Label

**Randy L. Lassiter**
**Red Onion State Prison**
Personnel ID: 1490582
PB9D2D467A453

C318

Randy Lee Lassiter, Jr.
#1490582
VDOC Centralized Mail Distribution Cen
3521 Woods Way
State Farm, VA 23160

General Correspondence
VADOC CMDC
Mail Directly to Institution

23160-000421

EXHIBIT
2

VIRGINIA
DEPARTMENT OF CORRECTIONS

Emergency Grievance 866_F4_9-20

# Emergency Grievance

Log # 72003

The emergency grievance process provides a method for offender reporting and expedited staff responses to situations or conditions that may subject the offender to an immediate risk of serious personal injury or irreparable harm to include alleged sexual abuse or sexual harassment and/or allegations that an offender is subject to a substantial risk of imminent sexual abuse.

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| Lassiter | Randy | 1490582 | W.R.S.P | A-501 |

## Part A - Offender Claim

**In the space provided explain your emergency (be specific):**

I'm having Asthmatic problems From chest pains and Cant Breath From being choked out by Gang members & Attack and Assaulted August 3, 2023 in C-608 and I don't have my Asthma pumps or other madication to help out and Malox, Tums, & Prolosec helps out because I already had Excessive Force attack october 23, 2020 causing Asthma Attack From officer Macing me

Date/Time: 9/3/23 4:10AM

Offender Signature and Number: Randy [signature] # 1490582

## PART B - Staff Response

**(The below section is to be completed by designated staff. The response must be returned to the offender within eight-hours or sooner, when necessary to protect the offender from serious personal injury or irreparable harm)**

☐ **(PREA)** Your grievance regarding an alleged incident of sexual abuse or sexual harassment was referred for investigation. The Facility Unit Head and PREA Compliance Manager have been notified.

☐ **(Emergency)** Your grievance has been determined to be an emergency and the following action has been taken:

☐ Sent to Hospital: Date/Time Transported ______ / ______ ☐ Other (Provide detailed explanation below)

☐ **(Non-emergency)** Your grievance does not meet the definition of an emergency, because the information provided does not indicate that you are subject to an immediate risk of serious personal injury or irreparable harm. You should address your issue as follows:

☐ Submit Written Complaint
☐ Submit Sick Call Request
☐ Submit Request to Dental
☐ Evaluated by Medical: Date Seen ______
☐ Send an Offender Request To: ______
☐ Other (Provide detailed explanation below) ______

EXHIBIT 4

Date/Time ______ Respondent Signature ______ Name/Title Printed ______

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman

[Detach here]

## PART C- RECEIPT

Log #: 72003

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| Lassiter | Randy | 1490582 | WRSP | A-501 |

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

| Date/Time | Recipient's Signature (Staff Member) | Name/Title Printed |
|---|---|---|
| 9/3/23 410 am | K McKinney [signature] | K McKinney C/O |

RECEIVED DATE JUN 26 2026 MAILROOM

First Class Mail

**LEGAL MAIL – DO NOT OPEN EXCEPT IN INMATE'S PRESENCE**

**PRIVILEGED & CONFIDENTIAL**

**ATTORNEY – CLIENT COMMUNICATION**

Isabel Jones

**COVINGTON**
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

**TO:**

VADOC Centralized Mail Distribution Center
Randy Lee Lassiter, #1490582
3521 Woods Way
State Farm, VA 23160

Package Tracking Label

**Randy L. Lassiter**
**Red Onion State Prison**
Personnel ID: 1490582
PBDE45A181DC6

C318

EXHIBIT B

Virginia Department of Corrections

# Grievance Receipt

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 06/23/2026 at 11:13 AM

Grievance Number: ROSP-26-REG-00303

Written Grievance Number:

Next Action Date: 07/23/2026 12:00 AM

| | | | |
|---|---|---|---|
| On this date: | 06/23/2026 | | I have received a statement from: |
| Lassiter, Randy L Jr. | 1490582 | of | Red Onion State Prison<br>C-3-318-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Appeal of Notice of Unauthorized Correspondence: I sent out legal mail to this address Kaplan and Grady and it wasn't marked and legal mail when I wrote the mail room for outgoing most recent legal mail but now when incoming legal mail comes in it legal mail. This is a contradiction. | | | |
| T Still | | | GC |
| *(Signature)* | | | *(Title)* |



EXHIBIT 4

Virginia Department of Corrections

# Grievance Receipt

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 07/07/2026 at 01:54 PM

Grievance Number: ROSP-26-REG-00324

Written Grievance Number: ROSP-26-WRI-02780

Next Action Date: 08/06/2026 12:00 AM

| | | |
|---|---|---|
| On this date: | 07/07/2026 | I have received a statement from: |
| Lassiter, Randy L Jr. | 1490582 of | Red Onion State Prison<br>C-3-318-B |
| (Offender Name and DOC#) | | (Filed Location and Housing) |
| Setting out the following complaint: | | |
| The mailroom opened my outgoing legal amil to the Disability Law Center of Va stating that it wasnt legal mail but I just received an unauthorized correspondence form stating that the Disability Law Center needs to be sent to CMDC from mailroom supervisor so my legal mail shouldn't have been opened per policy. | | |
| L Still | | GC |
| (Signature) | | (Title) |



EXHIBIT 5

VIRGINIA DEPARTMENT OF CORRECTIONS

**Facility Request** 801_F3_2-25

RECEIVED JUL 01 2026 RED ONION STATE PRISON OPERATIONS

# Facility Request

Print your name, DOC number, housing assignment and a short summary of your request in the space provided below and place this form in an appropriate facility mailbox for delivery. Employees may return your request unanswered or reroute your request to the appropriate department or employee if you submitted your request to the wrong department or employee or if you sent duplicate requests to the same or multiple departments or employees.

Requests submitted to an Organizational Unit at DOC Headquarters, or a Regional Office should be submitted to the DOC Correspondence Unit; see Operating Procedure 010.3, *Correspondence Management and Customer Service.*

Name: RANDY LASSITER DOC Number: #1490582

Housing Unit C316 Date: 6/30/26

To: ☐ P. SYKES (Employee Name) or ☐ OPERATIONS (Department)

☐ DOC Correspondence Unit

Request For: ☐ Appointment ☐ Information ☑ Services Other: I NEED 5x ADA FORMS & 5x Withdrawl From Saving to Spend Acount Forms

Summary (Please Print): I Need unauthorized Correspondence Form From Mailroom Supervisor regarding Disability Law Center Which Came ripped & torn up in when I recieved it So I put it on outgoing Legal Mail Envelope to Show proof of what I had I need & (TISHIT) Said I need whole copy to go with written Complaint and the outgoing Legal Mail Envelope to process My Grievance under Insufficent Info 6/29/26 (5) days to process THANK you

**Do not attach additional pages and do not write below this line**

## Response

Request sent to correct department ☐ Yes ☐ No Date

Request was rerouted to:

Inmate or CCAP Probationer/Parolee seen ☐ Yes ☐ No

Response: Copy of "Notice of Unauthorized Correspondence" and 5 Reasonable Accommodation Requests & two Trust System withdrawal attached

[signature] B. Sykes, Ops

Employee Respondent Name

EXHIBIT 6

7/1/2026

Date of Response

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

OFFICIAL BUSINESS

RECEIVED
DATE
AUG 12 2026
MAILROOM

Package Tracking Label

**Randy L. Lassiter**
**Red Onion State Prison**
Personnel ID: 1490582
PBA51511FE0AB

CHARLOTTE NC LPC 281
6 AUG 2026 PM 1 L

Freedom 250 US POSTAGE IMI $0.780 FIRST-CLASS 063S0011263252 FROM 24210

Mail to be Opened in Presence of Inmate.

AUG 10 2026

LEGAL MAIL

P415

Randy Lee Lassiter Jr. 1490582
VA DOC Centralized Mail Distribution Ce
3521 Woods Way
State Farm, VA 23160

23160-000421