10 Pages

Deadlines in each jurisdiction

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VA
210 FRANKLIN RD, SUITE # 540
ROANOKE, VA 24011

I need Immediate Injunction to Safe Haven VADOC Prison out Western Region to Eastern of VADOC to prevent Litigate & single cell job GED Trade

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
November 04, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

YKT

RE. Randy Lee Lassiter Jr. V. Blevins Case No 7:23CV650 etc..
Randy Lee Lassiter Jr. V. A. Harris Case No. 7:24CV701
Randy Lee Lassiter Jr. V. Sgt. Looney
Case No. 7:24CV857

I Demanded $10,000,000 Ten Million Sgt Looney Cass

I need Right of Review 5 USC § 702

I demanded $10,000,000 Ten Million in A. Harris Case

Dear Clerk,

I'm being denied access to courts/outside world 1st Amendment to Freedom of Speech, Association, Expression, Religion Sunni Muslim and my Equal protection of 14th Amendment / Due Process 5th, 14th Amendment I'm being Retaliated here at Red Onion State Prison, I don't have any of my property being blackballed from Litigating Post Conviction & VA Tort Claim Act 42 USC 1983 and Retaliated and denied Medical treatment / ADA Mental Health Light on all day in cell have Low Eye Vision need Eye Gel Gen Teal Tears / Muscle Rub Voltera for Arthritis in body for being stabbed. Medical shoes Hand Brace. Ensures Commissary-Food they keep writing charges giving High Fines Phone Restriction, Commissary Restriction

that deny Appeal Entry time

Procedural Errors

cc: Timothy E. Davis
Nathan H. Schwarz

RY UCC 1-308 without prejudice Reserve All Rights

Randy Lassiter #1149052
RED ONION STATE PRISON
P.O. BOX 970
POUND, VA 24279

RECEIVED
DATE
NOV 02 2026
MAILROOM

POSTAGE DUE

CHARLOTTE NC LPC 281
2 NOV 2026 PM 08

US POSTAGE PITNEY BOWES
ZIP 24279
02 7W
$ 000.69
0008030258 NOV 02 2026

FIRST-CLASS




B4

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VA
210 FRANKLIN RD
ROANOKE, VA 24011

RECEIVED
NOV 04 2026
USDC Clerk's Office
Mail Room

LEGAL MAIL

24011-220803