VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request 801_F3_2-22

RECEIVED
OCT 28 2026
ROSP LAW LIBRARY

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: RANDY LASSITER DOC Number: #1490582

Housing Unit: MED CELL-01 Date: 10/26/26

To: MEFFORD - MR. WILKINS or LAW LIBRARY
Staff Member Name Department

Request For: ☑ Appointment ☐ Information ☐ Services Other:

Summary (Please Print): I had legal call set up for 10/22/26 but was on Retaliation Dry cell, which I had no clothes on but my Boxer Freezing in the cell for over 48 hours, CELL DEPRIVATION - NO PROPERTY DUE PROCESS I've Been waiting for legal mail from Mr. Wilkins Can you set legal call back up ASAP have court 11/17/26 IN WISE COUNTY & COURT DEAD LINES (MAY PRO FOOTAGE BODY CAM [MED CELL-01]) THANK YOU

Do not attach additional pages and do not write below this line

PLEASE SIGN AND RETURN

## Facility Response

Request sent to correct department ☐ Yes ☐ No Date

Request was rerouted to:

Inmate seen ☐ Yes ☐ No

Response: You will be placed back on the list. If you want video saved you would need to write the appropriate department

Staff Respondent Name: Mefford Date of Response: 10-28-26

VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED
Facility Request 801_F3 2-22
OCT 28 2026
ROSP LAW LIBRARY

# Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: RANDY LASSITER AKA YOUNG GUCCI YSR DOC Number: #1490582

Housing Unit: B418 Date: 10/26/26

To: MEFFORD or LAW LIBRARY
Staff Member Name [I HAVE COURT DEADLINES IN EACH JURISDICTION ASAP!!] Department

Request For: ☑ Appointment ☐ Information ☑ Services Other: FOIA REQUEST FORMS [TORT CLAIM ACT [42 USC S1983 FORMS] INFO NOTICE OF CLAIMS] [MOTION FOR JUDGMENT]

Summary (Please Print): I NEED LAW LIBRARY FORMS
I don't have any of my property
So I need some things
out of PSLM How to Litigate
4, 5, 6, JLM [Table of Contents]
ALL-AFFIDAVITS, [Addresses]
MOTION FOR APPOINTMENT OF COUNSEL FORMS
THANK YOU,

**Do not attach additional pages and do not write below this line**

## Facility Response

Request sent to correct department ☐ Yes ☐ No Date

PLEASE SIGN AND RETURN

Request was rerouted to:

Inmate seen ☐ Yes ☐ No

Response: B4

Use Correct Form Attached

Staff Respondent Name: [signature] Date of Response: 10-28-26

VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request 801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: RANDY LASSITER DOC Number: #1490582 (1490582)

Housing Unit: D403 Date: 10/20/26

To: R. SYKES or OPERATIONS

Staff Member Name [ROSP-26-WM-03306 ROSP-26-WM-03838 ROSP-26-WM-04616 ROSP-26-WM-04382 ROSP-26-WM-04181] Department VADOC (LEGAL UPDATE SHEET)

Request For: ☐ Appointment ☐ Information ☑ Services Other:

Summary (Please Print): I NEED (5X) REGULAR GRIEVANCES (3X) EMERGENCY GRIEVANCES (3X) WRITTEN COMPLAINTS (3X) REQUEST FORMS I NEED MY GRIEVANCES TO BE PROCESSED FOR LEVEL (2) APPEALS I STILL KEEP NOT PROCESS THEM THANK YOU,

RECEIVED
OCT 22 2026
RED ONION STATE PRISON
OPERATIONS

**Do not attach additional pages and do not write below this line**

## Facility Response

Request sent to correct department ☐ Yes ☐ No Date

Request was rerouted to:

Inmate seen ☐ Yes ☐ No

Response: You need to request forms from your Counselor. All grievances are processed per policy.

Requested forms attached. 3 FR 3 RG
3 EG
3 WC

Staff Respondent Name: R. Sykes, Ops Date of Response: 10/22/2026

Virginia Department of Corrections

# Grievance Receipt Report

DOC Location: ROSP Red Onion State Prison
Report generated by Whitman, M
Report run on 10/20/2026 at 04:04 PM

Grievance Number: ROSP-26-WRI-04718

Next Action Date: 11/4/2026 12:00:00 AM

| | | | |
|---|---|---|---|
| On this date: | 10/20/2026 | | I have received a statement from: |
| Lassiter, Randy L Jr. | 1490582 | of | Red Onion State Prison<br>D-4-403-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| What is going on with my legal mail being sent off to Wise County because I sent it off last Friday 10-9-26 $352.00 money withdrawal to be processed which was 10-14-26 and .82 postage but the postage hasnt been processed. | | | |
| MW | | | |
| *(Signature)* | | | |

Officer Initials: ____________________

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Disciplinary Appeal** 861_F8 9-23

# Disciplinary Appeal

**Log Number (For Inmate Discipline Use Only):** ________ B418

| RANDY LASSITER | #1490 CTR | ROSP-2026-1982 | 111A |
|---|---|---|---|
| **Appellant Name** | **DOC Number** | **Case Number** | **Offense Code** |

**Instructions For Filing:** Indicate any procedural errors, which may have occurred during the adjudication of this charge that warrant a dismissal or rehearing of your charge. On the back of this form is space, which can be used to raise any additional issues which you feel prevented you from exercising your due process rights. Please note that in order for your appeal to be accepted, you must submit your appeal **no later** than fifteen (15) calendar days after receiving your appeal packet. You can find a complete set of instructions for filing your appeal in the back of Operating Procedure 861.1, *Inmate Discipline*.

## Appeal Contentions (Check all that apply)

RECEIVED

| | |
|---|---|
| ☐ | Hearings Officer was a firsthand witness to the commission or initial investigation of the offense |
| ☐ | The penalty imposed for the charge was not one allowed by operating procedure |
| ☐ | The Reporting Officer did not testify at the hearing (Cat I Offenses) or via Response Form (Cat II Offenses) |
| ☑ | A *Disciplinary Offense Mental Health Screening_F2* was not completed prior to service of the charge (where applicable) |
| ☐ | The *Disciplinary Offense Report* was not properly served within the required time frame |
| ☑ | The accused was denied access to an advisor prior to the hearing |
| ☑ | The disciplinary hearing was held outside the allowed time frame, and an Authorized Continuance was not issued |
| ☑ | The accused was denied access to credible witnesses or valid (non-restricted) evidence |
| ☑ | The accused was denied the right to attend the disciplinary hearing |
| ☐ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - O.P 861.1 B&D |
| ☐ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - O.P 730.5 |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - O.P 730.6 |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - O.P 155.1 |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - O.P 155.2 |

**Receipt of Level I Appeal**

Level I Appeal Submitted By: RL      Date Submitted: 10/26/26

Level I Appeal Received By: [signature]      Date Received: 10/28/26

Receipt

Your Level I Appeal Has Been: ☐ Accepted ☐ Rejected (See Attached Memorandum)

Date Resubmitted: ________

Appeal Resubmission Received By: ________ Date Received: ________

Your Level I Appeal Has Been: ☐ Accepted ☐ Rejected (You may appeal to Level II)

**Note:** You have fifteen **(15) calendar days** from the date you A) receive a Level I Appeal Response, or B) receive notice that your Level I Appeal has been rejected a second time, to submit a Level II Appeal to the Inmate Discipline Unit. Failure to appeal in a timely manner may result in the rejection of your Level II Appeal.

R+A 10/23

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Disciplinary Appeal** 861_F8_9-23

In the spaces provided below, you can provide additional information about any appeal contentions related to the charge in question, which you did not already indicate on page 1 of your *Disciplinary Appeal*. You must list each factual statement separately, and your response is limited to the space provided.

| | |
|---|---|
| Issue #1 | o.p 861.1, I was denied Right to disciplinary Hearing because I was denied mental Health Evaluation & PLEA DEAL was not the same offer as I agreed to $2.00 - $3.00 or Hearing o.p 730.5/735.6 or [redacted] Due process |
| Issue #2 | o.p 861.1 Some evidence Rule Due process Requires to show there or support evidence its his word against mines o.p 135.1/135.2 |
| Issue #3 | o.p 861.1(B)&(D) Serving officer must serve penalty offer Before charge is served & certify [redacted] signature |
| Issue #4 | o.p 861.1 Serving officer must let you sign your name or signature or its a Due process violation |
| Issue #5 | |